

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :  CRIMINAL ACTION FILE NO. |
| v. | :  1:10-CR-117-1-ODE-LTW |
| | : |
| LONDEY FLENORY | : |

### ORDER

This criminal action is before the Court on the Report and Recommendation of United States Magistrate Judge Linda T. Walker [Doc. 54] filed February 14, 2011. No objections have been filed.

In the Report and Recommendation, the Magistrate Judge recommends that Defendant's Motion to Suppress [Doc. 37] be denied.

The Court having read and considered the Report and Recommendation and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the Report and Recommendation, Defendant's Motion to Suppress [Doc. 37] is DENIED.

SO ORDERED, this 10 day of March, 2011.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE